IN THE SUPREME COURT OF THE STATE OF NEVADA

EMIGDIO MARTINEZ-PINEDA, AN INDIVIDUAL,
              Appellant,
        vs.
YCC LLC, A NEVADA LIMITED LIABILITY COMPANY,
              Respondent.

No. 84994

**FILED**

AUG 1 2 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
        DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is a pro se appeal from an order denying appellant's claim of exemption. Eighth Judicial District Court, Clark County; Veronica Barisich, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the judgment or order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). No appeal lies from an order denying a claim of exemption in an execution action. *See Frank Settelmeyer & Sons, Inc. v. Smith & Harmer, Ltd.*, 124 Nev. 1206, 197 P.3d 1051 (2008). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court

22-25320

rule. *Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013). Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Silver

_____, J.        _____, J.
Cadish                                            Pickering

cc:    Hon. Veronica Barisich, District Judge
       Emigdio Martinez-Pineda
       Johnson & Gubler, P.C.
       Eighth District Court Clerk